■ RONALD BENJAMIN, Appellant, v MARCY C. McLAUGHLIN, Respondent.—Order unanimously affirmed, with costs, for reasons stated in memorandum at Special Term, Callahan, J. (see, also, 5 Weinstein-Korn-Miller,

NY Civ Prac, par 5011.21; *Gerzof v Gulotta,* 57 AD2d 821, 822, app dsmd 42 NY2d 960; *Echo Bay Waterfront Corp. v City of New Rochelle,* 275 App Div 672). (Appeal from order of Erie Supreme Court—dismiss complaint.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.